UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REITA L. NICHOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ILA LOCAL 1426, et al., | ) | 7:23-CV-228-BO-KS |
| | ) | |
| Defendants. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff has failed to pay the filing fee as required. The complaint is therefore DISMISSED without prejudice.

This case is closed.

**This judgment filed and entered on October 17, 2023, and served on:**
Reita Nicholas (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

October 17, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk